UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSEPH HUBERTS,<br>    Plaintiff,<br><br>vs.<br><br>ATA HOLDINGS CORP. WELFARE<br>BENEFIT PLAN,<br>    Defendant. | 1:07-cv-287- RLY-WTL |

**FINAL JUDGMENT**

The court, having this day made its Decision on Review of Record, affirming the decision of the plan administrator to deny certain benefits to Plaintiff, and having directed the entry of final judgment in favor of Defendant,

IT IS ADJUDGED AND DECREED that the Plaintiff take nothing by his complaint, and that judgment is entered for the Defendant and against the Plaintiff on said complaint. The costs of this action are to be born by the party incurring them.

SO ORDERED this 10th day of March 2008.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court